## MOTION FOR AUTHORIZATION FOR SELF-EMPLOYMENT

UNITED STATES OF AMERICA        Docket Number: 04-14003 TP   Middlebrooks

V.

RANDY SCOTT SYROP



FILED by _____ D.C.

DEC 0 9 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

Defendant, Randy Scott Syrop ("Defendant"), pursuant to the Special Conditions of Supervised Released ordered in this action, hereby move the Court for an Order granting him written approval to become self-employed, and in support thereof, states as follows:

1. On or about October 27, 2010, Defendant was released from incarceration and placed on supervised released.

2. As a special condition of his supervised release, the Court ordered that Defendant "shall obtain written approval from the Court before entering into any self-employment." See Special Conditions of Supervision.

3. Defendant is currently employed by Poly Limited as a procurer of recycled plastics. Defendant has been approved by probation to work in this field.

4. However, Defendant desires to establish self-employment for himself in the form of a Florida company in the field of recycled plastics.

5. Specifically, domestic companies have a need to purchase processed, recycled plastics to melt for their various manufacturing processes. These companies list their material purchase needs on various websites, among other places. In turn, various plastic recycling centers process different plastic materials which can be purchased by the

manufacturers needing the recycled plastics. Defendant's new company would be established to act for the plastics buyers to locate and arrange procurement of these recycled plastics at the best possible price.

6. Recycled plastics is a green growth industry that is expected to continue to grow on an annual basis. As a result, establishing this self-employed for Defendant will allow Defendant to build a career in a needed growth industry.

7. As a result, Defendant is in need of an Order granting him permission to establish self-employment as set forth above.

8. Company will have no investors, there will be no risk of capital from anyone. Company will not be sold nor will defendant seek partners of any type.

WHEREFORE, Defendant respectfully requests that the Court enter any Order granting him permission to establish self-employment in the form of a Florida company in the field of recycled plastics as set forth herein.

I hereby certify that on this day December 8, 2009, I delivered this motion to US Court Clerk, 300 South 6th Street, Fort Pierce, FL.

Respectfully submitted,

Randy Scott Syrop
1989 SW St Andrews Dr
Palm City, Fl 34990
772-286-2286
rsyrop@gmail.com

CC: Dan Osking, Probation
    Theodore Cooperstein, US Attorney