RESPONSE TO GOVERNMENTS RESPONSE TO

MOTION FOR AUTHORIZATION FOR SELF-EMPLOYMENT

UNITED STATES OF AMERICA           Docket Number: 04-14003 TP   Middlebrooks

V.

RANDY SCOTT SYROP



FILED by _____ D.C.

DEC 14 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

      Defendant, Randy Scott Syrop ("Defendant"), respectfully files this Response to the Governments Response to Motion for Authorization for Self-Employment. In response to the Governments response, Randy Syrop states as follows:

    1.    The Government states the Defendant is a repeat offender with a pattern and history of conducting investment scams and frauds. I state my offense provoking revocation of my supervised release is not an investment scam or fraud but a violation of the terms of my supervised release which states "no employment related to securities or investment opportunities" and did not involve manipulation and overvaluation of share prices and swindling of investors as stated by the Government

    2.    Defendant has proposed to become self-employed as required by his special conditions of supervised release. His company would be engaged to locate plastic material (scrap) for procurement by companies as stated in his motion for self-employment. His company would not "arbitrage" recycled plastics as stated by the government. Defendant stated he would not need or want investment or investors and does not intend to sell the business. The Government questions how Defendant will manage to set up and maintain such a business enterprise. Since Defendant will not be

buying or selling plastics but merely locating and introducing buyers and sellers and thereby earning a "commission" to be paid by either party, no substantial capital is required.

3.  Defendant is currently employed by Poly Limited as a procurer of recycled plastics. Defendant has been approved by probation to work in this field.

WHEREFORE, Defendant respectfully requests that the Court enter an Order granting him permission to be self-employed so that he may attempt to build a career in a promising industry and provide for his wife and 3 children.

I hereby certify that on this day December 14, 2009, I delivered this motion to US Court Clerk, 300 South 6th Street, Fort Pierce, FL.

Respectfully submitted,

Randy Scott Syrop
1989 SW St Andrews Dr
Palm City, Fl 34990
772-286-2286
rsyrop@gmail.com

CC: Dan Osking, Probation
    Theodore Cooperstein, US Attorney