UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-14003-TP-MIDDLEBROOKS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

RANDY SCOTT SYROP,
    Defendant(s).
_____/

## ORDER

**THIS CAUSE** has come before the Court upon the Defendant's Motion For Authorization For Self Employment, filed December 10, 2009 (DE 61). The Government filed a response in opposition to the motion on December 10, 2009 (DE 62). A reply was filed on December 14, 2009 (DE 63). Defendant has been on supervised release for less than 2 months since his release from incarceration on his violation of supervision. Further, his underlying conviction involved fraudulent investing. The indictment charged him with defrauding retail costumers of his employer and the investing public. He then violated the terms of supervised release by engaging in a related business. Given Mr. Syrop's history and the short amount of time he has been employed since release from imprisonment, self-employment is inappropriate at this time. The Court being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **DENIED**.

**DONE AND ORDERED** at West Palm Beach, Florida, this 16 day of December, 2009.

                              DONALD M. MIDDLEBROOKS
                              **UNITED STATES DISTRICT JUDGE**

cc:    Counsel of Record
        Randy Scott Syrop, *pro se*